SUPREME COURT OF THE STATE OF NEW YORK — NEW YORK COUNTY

PRESENT: SHIRLEY WERNER KORNREICH _____ PART 54
                              Justice

GE Oil & Gas, Inc.

INDEX NO. 652296/15

MOTION DATE _____

- v -

Turbine Generation Services

MOTION SEQ. NO. 003

MOTION CAL. NO. _____

The following papers, numbered 1 to _____ were read on this motion to/for _____

**PAPERS NUMBERED**

Notice of Motion/ Order to Show Cause — Affidavits — Exhibits ...

Answering Affidavits — Exhibits _____

Replying Affidavits _____

Cross-Motion: ☐ Yes ☒ No

Upon the foregoing papers, it is ordered that this motion is granted to the extent of granting plaintiff's application to enjoin defendants from applying for an injunction in Louisiana enjoining plaintiff from prosecuting this action before this court, and it is further

ORDERED that this court's March 4, 2016 decision and orders are amended to enter judgment on the first and second causes of action, on the Note and the Guarantee, for damages as well as liability, and plaintiff is to submit a judgment on notice, which shall be entered by the Clerk and stayed pending decision on the remainder of the action; and it is further

ORDERED that the amended answer, counterclaims and third-party claims are stricken for the reasons stated on the record, and defendants are given leave to file new amended pleadings within 7 days; should defendants fail to file such pleadings, they will be considered in default.

Dated: 3/30/16

SHIRLEY WERNER KORNREICH J.S.C.

Check one: ☐ FINAL DISPOSITION ☒ NON-FINAL DISPOSITION

Check if appropriate: ☐ DO NOT POST ☐ REFERENCE

☐ SUBMIT ORDER/ JUDG. ☐ SETTLE ORDER/ JUDG.

MOTION/CASE IS RESPECTFULLY REFERRED TO JUSTICE _____ FOR THE FOLLOWING REASON(S):