FILED: NEW YORK COUNTY CLERK 02/28/2018 03:49 PM
NYSCEF DOC. NO. 387
INDEX NO. 652296/2015
RECEIVED NYSCEF: 02/28/2018

Case 1:18-cv-07555-VEC   Document 22-29   Filed 09/21/18   Page 1 of 2

# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

PRESENT: _____ Justice

PART 54

Index Number: 652296/2015
GE OIL & GAS, INC.
vs.
TURBINE GENERATION SERVICES,
SEQUENCE NUMBER: 010
COMPEL DISCLOSURE

INDEX NO. _____
MOTION DATE _____
MOTION SEQ. NO. _____

The following papers, numbered 1 to _____, were read on this motion to/for _____

| Notice of Motion/Order to Show Cause — Affidavits — Exhibits | No(s). _____ |
| Answering Affidavits — Exhibits | No(s). _____ |
| Replying Affidavits | No(s). _____ |

Upon the foregoing papers, it is ordered that this motion is granted to the extent of directing Mr. Marino to turn over: (1) Operation documents for the trusts and documents regarding payments made out of the trusts from December 2013; and (2) tax returns filed by Mr. Marino and TGS (covering the year 2013) from 2014 forward. ORDERED that the parties are to call chambers (646-386-3363) 3/6/18 at 4:30 to discuss what other docu-

Dated: _____  _____, J.S.C.

1. CHECK ONE: .................................................  ☐ CASE DISPOSED    ☒ NON-FINAL DISPOSITION
2. CHECK AS APPROPRIATE: ..............MOTION IS:  ☐ GRANTED  ☐ DENIED  ☒ GRANTED IN PART  ☐ OTHER
3. CHECK IF APPROPRIATE: .........................  ☐ SETTLE ORDER         ☐ SUBMIT ORDER
                                                    ☐ DO NOT POST  ☐ FIDUCIARY APPOINTMENT  ☐ REFERENCE

over →

2/27/18

**SHIRLEY WERNER KORNREICH**
J.S.C

FILED: NEW YORK COUNTY CLERK 02/28/2018 03:49 PM
NYSCEF DOC. NO. 38
INDEX NO. 652296/2015
RECEIVED NYSCEF: 02/28/2018

Case 1:18-cv-07355-MEC   Document 22-29   Filed 09/21/18   Page 2 of 2

2 of 2